# 1



9800 Fredericksburg Road
San Antonio, Texas 78288

April 16, 2018

Reference: Life Insurance Application Status

Dear ▆▆▆▆

Thank you for choosing us for your life insurance needs. We've completed our review of the following Simplified Whole Life application:



Like all life insurance companies, we have guidelines that determine when coverage can or cannot be extended. Unfortunately, after carefully reviewing your application, we regret that we are unable to provide you with coverage because of your overall medical history to include bipolar disorder, obsessive compulsive disorder, anxiety, depression and attention deficit disorder as noted in the medical records received from VA Wyoming Healthcare Center.

If you received any correspondence prior to this letter that you interpret as coverage, please disregard it. You do not have coverage. Also, if you have an existing policy that you were replacing, please continue paying the premiums on that policy.

Although we are not able to insure you, there are steps you can take to improve the financial security of your loved ones. Call our financial advisors at 210-531-USAA (8722), our mobile shortcut #8722 or 800-531-8722, Monday through Friday from 7:30 a.m. to 10 p.m. CT and Saturday from 8 a.m. to 5 p.m. CT so they can help you develop a comprehensive plan.

If you have questions about the decision on this life insurance application, please call me directly at 800-235-8741, ext. 5-7420. Please contact us if you need further assistance.

Sincerely,

*Jessica Dennis*

Jessica R Dennis
Underwriting Team 4
USAA Life Insurance Company