**NOTICE OF APPEAL
TO THE SIXTH CIRCUIT
COURT OF APPEALS**

FILED - GR
May 17, 2019 11:56 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:__ mkc   SCANNED BY: /s/

**FROM TWO ORDERS BY
UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN**

File No. 1:18-cv-1231 — Janet T. Neff, US District Judge

JANE DOE,
P.O. Box 230721
Grand Rapids, MI 49523

    Plaintiff,

v.

Ben Carson, as Executive Director,
U.S. Department of Housing and Urban
Development,
451 7th Street S.W.
Washington D.C. 20410;

And the United States,
Office of the Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington D.C. 20530;

United States Attorney
5th Floor Law Bldg.
330 Ionia Ave. N.W.
Grand Rapids, MI 49503;

**NOTICE OF APPEAL**

Earl Poleski, as Executive Director,
Michigan State Housing Development
Authority,
735 E. Michigan Ave.
Lansing, MI  48912;

        Defendants.


Ben Carson and the U.S. are represented by:

Jeanne Frances Long
Assistant U.S. Attorney
United States Attorney's Office
330 Ionia Ave. N.W., Suite 501
P.O. Box 208
Grand Rapids, MI  49503

Earl Poleski is represented by:

Erik A. Graney
Michigan Department of the Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI  48909


Notice is hereby given that Jane Doe, Plaintiff in the above named case,

hereby appeals to the United States Court of Appeals for the 6th Circuit from:

<u>Opinion and Order</u> related to maintaining anonymity entered in this action

on May 3, 2019, and

<u>Order regarding amending the complaint, entered in this action on January 4, 2019.</u>

The entirety of the records in this case are comprised in the Electronic Records of the Court.

Per Federal Rule of Appellate Procedure 24(a)(3), "a party who was permitted to proceed in forma pauperis in the district court action…may proceed on appeal in forma pauperis without further authorization."

_____
Jane Doe, Pro Se

May 17, 2019