UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  May 22, 2019

Jane Doe
P.O. Box 230721
Grand Rapids, MI 49523

                Re:  Case No. 19-1566, *Jane Doe v. Ben Carson, et al*
                     Originating Case No.: 1:18-cv-01231

Dear Ms. Doe,

   This appeal has been docketed as case number **19-1566** with the caption that is enclosed on a separate page.  Please review the caption for accuracy and notify the Clerk's office if any corrections should be made.  <u>The appellate case number and caption must appear on all filings submitted to the Court.</u>

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed.  Copies are no longer necessary.  **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.  You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer.  Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it.  The following forms are due by **June 5, 2019**.

                             Appearance of Counsel
          Appellee:   Disclosure of Corporate Affiliation
                             Application for Admission to 6th Circuit Bar (if applicable)

    The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

                                                Sincerely,

                                                s/Antoinette Macon  
                                                Case Manager  
                                                Direct Dial No. 513-564-7015

cc:  Mr. Erik Alwyn Graney  
      Ms. Jeanne Frances Long

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 19-1566

JANE DOE

        Plaintiff - Appellant

v.

BEN CARSON, as Executive Director, U.S. Department of Housing and Urban Development; EARL POLESKI, as Executive Director, Michigan State Housing Development Authority; UNITED STATES OF AMERICA

        Defendants - Appellees