## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 25, 2019

Jane Doe
P.O. Box 230721
Grand Rapids, MI 49523

Mr. Erik Alwyn Graney
Office of the Attorney General
of Michigan
P.O. Box 30754
Lansing, MI 48909

Ms. Jeanne Frances Long
Office of the U.S. Attorney
P.O. Box 208
Grand Rapids, MI 49501

Re:  Case No. 19-1566, *Jane Doe v. Ben Carson, et al*
     Originating Case No.: 1:18-cv-01231

Dear Counsel,

   The Court issued the enclosed Order today in this case.

                              Sincerely,

                              s/Antoinette Macon
                              Case Manager
                              Direct Dial No. 513-564-7015

cc:  Mr. Thomas Dorwin

Enclosure

No. 19-1566

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Jun 25, 2019
DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| JANE DOE, | ) | |
|     Plaintiff-Appellant, | ) | |
| v. | ) | O R D E R |
| BEN CARSON, as Executive Director, U.S. Department of Housing and Urban Development, et al., | ) | |
|     Defendants-Appellees. | ) | |

The plaintiff has submitted to the court a "Motion to Amend Appeal Which Is Pending" in which she asks to add an appeal of the district court's order of dismissal, dated May 30, 2019. An appeal must be initiated by filing a notice of appeal in the district court. Fed. R. App. P. 3(a)(1). If a notice of appeal is mistakenly filed in the court of appeals, the clerk of that court must note the date of its receipt and send it to the district court clerk. Fed. R. App. P. 4(d).

The motion contains all the necessary information for a notice of appeal. Therefore, it is construed as such and shall be transmitted to the district court for filing as a notice of appeal from the May 30, 2019 order, with a filing date of June 12, 2019, the date it was received in this court.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk