RECEIVED
JUN 12 2019
DEBORAH S. HUNT, Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE 6TH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

JANE DOE,

    Plaintiff – Appellant          Case 19-1566

v.

BEN CARSON, as Executive Director, U.S. Department of Housing and Urban Development; EARL POLESKI, as Executive Director, Michigan State Housing Development Authority; UNITED STATES OF AMERICA

    Defendants – Appellees

## MOTION TO AMEND APPEAL WHICH IS PENDING

Notice is hereby given that Jane Doe desires to amend her appeal that is pending in the United States Court of Appeals for the Sixth Circuit to add an appeal of ORDER OF DISMISSAL, dated May 30, 2019 in which the District Court dismissed the Doe v. Carson suit, Case No. 1:18-cv-1231, comprised of the same Plaintiff and Defendants listed above. Sending to the Sixth Circuit Court on June 10, 2019.

Respectfully submitted,

*Jane Doe*

Jane Doe, Pro Se
P.O. Box 230721
Grand Rapids, MI 49523
(239) 537-5966

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, via Priority Mail, I sent the foregoing Notice to Amend Appeal pending in the Sixth Circuit Court of Appeals to:

United States Court of Appeals
for the Sixth Circuit
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202-3988

And mailed the same via first class mail to:

Erik A. Graney
Attorney for Defendant Poleski
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 373-1162

And also sent the same via first class mail to:

Jeanne Frances Long
Assistant United States Attorney
United States Attorney's Office
Attorney for Ben Carson and United States
330 Ionia Avenue, N.W., Suite 501
P.O. Box 208
Grand Rapids, MI 49503
(616) 456-2404

_____
Jane Doe, Pro Se
PO Box 230721
Grand Rapids, MI 49523
239.537.5966

AMOUNT
$7.35
R2304W/119510-17
45202
1004

**FROM:** Jane Doe 230921
P.O. Box 23
GR, MI 49525

**TO:** United States Ct. of Appeals
for the 6th Circuit
100 E. 5th St., Rm 540
Potter Stewart US Courthouse
Cincinnati, OH 45202-3988

RECEIVED
JUN 12 2019
DEBORAH S. HUNT, Clerk

PRIORITY MAIL
- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

EXPECTED DELIVERY DAY: 06/12/19
USPS TRACKING NUMBER
9505 5111 4757 9161 3854 54