# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 20, 2020

Mr. Thomas Dorwin
U.S. District Court
for the Western District of Michigan at Marquette
202 W. Washington Street
P.O. Box 698
Marquette, MI 49855-0000

           Re:  Case No. 19-1714/19-1566, *Jane Doe v. Ben Carson, et al*
                Originating Case No. : 1:18-cv-01231

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                          Sincerely yours,

                                          s/Maddison R Edelbrock
                                          For Antoinette Macon

cc:  Ms. Jane Doe
      Mr. Erik Alwyn Graney
      Ms. Jeanne Frances Long

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 19-1714/19-1566
_____

Filed: July 20, 2020

JANE DOE

        Plaintiff - Appellant

v.

BEN CARSON, as Executive Director, U.S. Department of Housing and Urban Development; UNITED STATES OF AMERICA; GARY HEIDEL, as Acting Executive Director, Michigan State Housing Development Authority

        Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 05/06/2020 the mandate for this case hereby issues today.

COSTS:  None